**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey Paul Young Jr., a/k/a Jeff P. Young, Jr. | CHAPTER 7 |
| Debtor(s) | BKY. NO. 23-21395 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nations Lending Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
05 Jul 2023, 17:23:50, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com